UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BOLSHIN, D.P.M. and IRINA KHMELNIK,<br><br>Plaintiffs,<br><br>v.<br><br>ELATE MOVING NETWORK LLC,<br><br>Defendant. | CASE NO. 2:24-cv-00363-MJP<br><br>ORDER DENYING STIPULATED MOTION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION |

Having reviewed the Parties' Stipulated Motion Regarding the Discovery of Electronically Stored Information (Dkt. No. 14) and all supporting materials, the Court DENIES the Motion without prejudice. The Court denies the Motion for two reasons. First, the Motion presents several deviations from the Court's "Model ESI Agreement" that the Court finds improper and unexplained. Specifically, the proposed Agreement contains the following apparent typos: "unique hit courts" rather than "unique hit counts;" "drivers" instead of "drives;" and "extracted test files" instead of "extracted text files." These errors interject confusion into the

1  Agreement and they deviate without any apparent reason from the Model ESI Agreement.

2  Second, the Parties have incorrectly presented the Motion to "Majistrate [sic] Judge" S. Kate

3  Vaughan rather than to the undersigned. The Court encourages the Parties to review carefully all

4  future filings to ensure accuracy and compliance with the Local Civil Rules.

5      For the above reasons, the Court DENIES the Stipulated Motion without prejudice. The

6  Parties may present a renewed Motion that cures the defects noted in this Order.

8      The clerk is ordered to provide copies of this order to all counsel.

9      Dated July 31, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING STIPULATED MOTION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 2