UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BOLSHIN and IRINA KHMELNIK,<br><br>               Plaintiffs,<br><br>      v.<br><br>ELATE MOVING NETWORK LLC,<br><br>               Defendant. | CASE NO. 2:24-cv-00363-MJP<br><br>ORDER DENYING CONSOLIDATION |

This matter comes before the Court on Plaintiff's Motion to Consolidate Parties Motions for Partial Summary Judgment (Dkt. No. 31.) Having reviewed the Motion, Defendant's Response, and all supporting materials, the Court DENIES the Motion as MOOT. The Motion concerns the Parties' underlying motions for partial summary judgment, (Dkt. Nos. 28, 30). Specifically, the Motion does not seek to set a briefing schedule, but only sought "to have both motions heard on the same day." (Mot. at 3.) However, the motions have been fully briefed, are

now both ripe for the Court's consideration, and are currently under review for the same.

Therefore, the request is DENIED as MOOT.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 18, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING CONSOLIDATION - 2