1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BOLSHIN and IRINA KHMELNIK,<br><br>      Plaintiffs,<br><br> v.<br><br>ELATE MOVING NETWORK LLC,<br><br>      Defendant. | CASE NO. 2:24-cv-00363-MJP<br><br>ORDER GRANTING CONTINUANCE IN PART |

This matter comes before the Court on the Parties' Stipulation to Continue Trial and Pretrial Deadlines (Dkt. No. 54). Having considered the Motion and all supporting materials, the Court GRANTS the Motion IN PART.

The Parties contend that good cause exists for a continuance in this case for three reasons. First, they allege that a continuance will "allow[] the Court adequate time to consider and rule on the pending dispositive motions for summary judgment." (Mot. at 1.) Second, they say that a continuance will "alleviate the burden on the parties of preparing motions in limine," which are

due on June 9, 2025, and "other pretrial filings." (Id.) Finally, they claim that a continuance of the remaining pre-trial deadlines in this case will afford them "additional time to engage in meaningful alternative dispute resolutions efforts." (Id. at 2.) On this record, the Court only finds there to be good cause to grant a brief continuance as to the June 9, 2025, deadline for the Parties to file their motions in limine, and so CONTINUES that deadline until June 16, 2025. The remaining deadlines in this case, including the trial date, will remain as set per the Court's Order Setting Trial Date & Related Dates (Dkt. No. 18).

The clerk is ordered to provide copies of this order to all counsel.

Dated June 4, 2025.

Marsha J. Pechman
United States Senior District Judge